No. 04–1162. RICOH ELECTRONICS, INC. *v.* HALUCK ET AL. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–1183. OVERSTREET *v.* LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT CIVIL SERVICE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 04–1237. SAMS *v.* HOECHST AKTIENGESELLSCHAFT ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1250. ST. PAUL ALBANIAN CATHOLIC COMMUNITY *v.* MAIDA ET AL. Ct. App. Mich. Certiorari denied.

No. 04–1253. ACKERMAN ET AL. *v.* EDWARDS ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–1259. METRONET SERVICES CORP. *v.* QWEST CORP. C. A. 9th Cir. Certiorari denied.

No. 04–1260. CITY OF PORTLAND, OREGON *v.* QWEST CORP. C. A. 9th Cir. Certiorari denied.

No. 04–1268. PARKS, INDIVIDUALLY AND AS TRUSTEE FOR THE HEIRS AND NEXT OF KIN OF PARKS *v.* POMEROY. C. A. 8th Cir. Certiorari denied.

No. 04–1269. RELFORD *v.* LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT. C. A. 6th Cir. Certiorari denied.

No. 04–1273. YOUNGER *v.* YOUNGER. Ct. Sp. App. Md. Certiorari denied.

No. 04–1279. KAPLAN *v.* KAGAN. App. Ct. Mass. Certiorari denied.

No. 04–1285. FALCONE *v.* UNIVERSITY OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 04–1289. MORRISON *v.* WARREN ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1295. AVENAL ET AL. *v.* LOUISIANA ET AL. Sup. Ct. La. Certiorari denied.